# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

David North,

          Plaintiff

    v.

CoreCivic, Inc., et. al.,

          Defendants

Case No. 2:21-cv-02240-JAD-VCF

**Order Denying Motion for Copies**

[ECF No. 13]

On March 14, 2022, I remanded this case to state court and closed the case.[1]  On August 7, 2023, Plaintiff David North filed a motion requesting free copies of various documents from this case and another case in this court so that he can use them "in an appeal in state court[.]"[2] An inmate has no constitutional right to free photocopying,[3] and this court cannot provide copies or mailing service for parties, even indigent plaintiffs proceeding *in forma pauperis*.  If North wishes to receive copies of electronically filed documents from this court, the cost is $0.10 per page.[4]  However, I order the Clerk of Court to send North a courtesy copy of the docket sheet.

      IT IS THEREFORE ORDERED that North's motion requesting copies **(ECF No. 13) is DENIED**, but the Clerk of Court is directed to **SEND** North a courtesy copy of his docket sheet.

_____
U.S. District Judge Jennifer A. Dorsey
August 13, 2023

---

[1] ECF No. 12 at 9.

[2] ECF No. 13 at 1.

[3] *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991).

[4] Nev. LR IC 1-1(i)(5); 28 U.S.C. §1914.